UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Shawnta Marie Poole-Johnson        Chapter 13
                                            Case No. _

Debtor.

## Chapter 13 Plan

Address:    Debtor   7549 Starfire Cove, Memphis, TN 38125

Plan Payment:

Debtor Shall Pay:   $402.00 Every Two Weeks              By:   ( ) Direct Pay _____
   Or by:  (X) Payroll Deduction   FIHC, 270 German Oak Drive, Cordova, TN 38018

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                               (X) Yes  ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes  ( ) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                             ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment   ( ) Trustee To:        Monthly Pmt.
                              ongoing payment begins
                              Approximate arrearage
                              ongoing payment begins
                              Approximate arrearage

5. Priority Claims:                                                                              Monthly Pmt.
                                                    Amount
                                                    Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:              Monthly Pmt.
                            ongoing payment begins
                            Approximate arrearage          Interest
                            ongoing payment begins
                            Approximate arrearage          Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate    Monthly Pmnt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt
   Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:
                                                           Collateral Value    Interest Rate    Monthly Pmnt.

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   _____ Collateral _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Dept. Of Human Services (benefit overpayment) | $ 12,685.00 | 0.00% | $212.00 |
| First Key Homes (rent thru August) | $ 3,160.00 | 0.00% | $100.00 |
| Village Green Apartments (rent thru August) | $ 1,572.00 | 0.00% | $50.00 |

11. Student Loan Claims and Other Long Term Claims:

| | | |
|---|---|---|
| Navient | (X) Not Provided For | ( ) General Unsecured Creditor |
| Fed Loan | (X) Not Provided For | ( ) General Unsecured Creditor |
| US Dept. Of Education | (X) Not Provided For | ( ) General Unsecured Creditor |

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

   _____

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

| | | |
|---|---|---|
| First Key Homes | (X) Assume | ( ) Reject |
| Village Green Apartments | (X) Assume | ( ) Reject |
| American Car Center | (X) Assume | ( ) Reject |

17. Completion:   Plan shall be completed upon payment of the above, approximately _60_ months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

   For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

   Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

   /s/ Jimmy E. McElroy  TN Bar #011908          Date   August 1, 2019
   Debtor's Attorney's Signature

August 1, 2019

910 > February 2, 2017